# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 136 MAL 2015
:
              Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                 :
:
:
:
JOSHUA ADAM MARTIN,        :
:
              Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.